FILED & ENTERED

JAN 15 2019

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gooch    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re: | Case No.: 6:19-bk-10299-WJ |
| SANDRA WILLSON, | CHAPTER 7 |
| Debtor. | **ORDER DENYING APPLICATION TO WAIVE THE FILING FEE** |
| | Hearing Date:<br>Date:     January 15, 2019<br>Time:     11:30 a.m.<br>Crtrm.:   304 |

The debtor, Sandra Wilson, has filed an application to waive the filing fee in this case ("Fee Waiver Application"). A hearing is scheduled for today at 11:30 a.m. regarding the Fee Waiver Application. Unfortunately, due to the partial shutdown of the federal government, the chief judge of this district called for (late yesterday) an emergency meeting of the Court's executive committee for today at 11:00 a.m. In addition, the Court already has another regularly scheduled management meeting today at 12:00 p.m. Thus, in light of the emergency unplanned meeting at 11:00 a.m., the Court will be unable to conduct a hearing today regarding the Fee Waiver Application.

Accordingly, the Court hereby ORDERS:

1. Pursuant to Rule 9013-1(j)(2) of the Local Bankruptcy Rules, the Court hereby takes off calendar the hearing regarding the Fee Waiver Application. No hearing shall occur. A copy of this order will be available to the debtor in courtroom 304 at 11:30 a.m. today.

2. The Fee Waiver Application is denied. In light of the assets disclosed in the case initiation documents (a home, several cars, a travel trailer, etc.), a waiver is not appropriate.

IT IS SO ORDERED.

###

Date: January 15, 2019

Wayne Johnson
United States Bankruptcy Judge